## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Monika Daniel
                              Plaintiff,

v.                                                       Case No.: 1:18−cv−07454
                                                         Honorable Sharon Johnson Coleman

PNC Bank, N.A.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 20, 2019:

   MINUTE entry before the Honorable M. David Weisman: Magistrate Status/Motion hearing held. The Court grants Defendant's unopposed motion to permit limited written discovery and to continue scheduling settlement conference [38]. The 6/14/19 deadline for Defendant's settlement response is stricken. (See Dkt. [35].) The Court does not require parties to seek leave to issue subpoenas. Parties reported on the status of discovery and addressed anticipated depositions. Status hearing set for 8/7/19 at 9:15 a.m. Mailed notice (ao,)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.